ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Stonewin Capital, LP | )  ASBCA No. 62015 |
| | ) |
| Under Contract No. SPE605-18-D-9414 | ) |

APPEARANCES FOR THE APPELLANT: Scott M. Heimberg, Esq.
Amanda B. Lowe, Esq.
 Akin Gump Strauss Hauer & Feld LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
 DLA Chief Trial Attorney
Howard M. Kaufer, Esq.
 Trial Attorney
 DLA Energy
 Fort Belvoir, VA

## ORDER OF DISMISSAL

By letter dated April 1, 2019, prior to the government filing an answer, appellant notified the Board that it wished to withdraw this appeal without prejudice. The government does not object to appellant's request. Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated: April 8, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62015, Appeal of Stonewin Capital, LP, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals